A. GLENDON JOHNSON v. WILLIAM HARVEY HOOKS, JR.

No. 7510DC437

(Filed 19 November 1975)

Appeal and Error § 40— necessity for pleadings in record on appeal

Appeal is dismissed because of the absence from the record on appeal of the pleadings on which the case was tried. Former Court of Appeals Rule 19(a).

APPEAL by plaintiff from *Barnette, Judge*. Judgment entered 25 March 1975 in District Court, WAKE County. Heard in the Court of Appeals 17 September 1975.

This is an appeal by plaintiff from a judgment entered in a civil action tried by the court without a jury. The court made findings of fact, conclusions of law, and adjudged that plaintiff recover nothing from the defendant.

*A. Glendon Johnson, plaintiff appellant, pro se.*

*Strickland and Rouse, by David M. Rouse for defendant appellee.*

PARKER, Judge.

Notice of appeal in this case was given 26 March 1975. Rule 19 (a) of the Rules of the Court of Appeals applicable to this appeal, provides that "[t]he pleadings on which the case was tried . . . shall be included in the record on appeal in all cases . . . ." (Rule 9 (b) (1) of the Rules of Appellate Procedure applicable to appeals in which notice of appeal is given on or after 1 July 1975 makes the same requirement.) The record on appeal in this case does not contain the pleadings. The filing, as an exhibit, of a copy of the record on appeal from a former trial of this case, which contains the pleadings on which the case was previously tried, does not meet the requirement of the rules.

The requirement that the record on appeal contain copies of the pleadings on which the case was tried has been uniformly enforced. *Thrush v. Thrush,* 245 N.C. 63, 94 S.E. 2d 897 (1956) ; *Griffin v. Barnes,* 242 N.C. 306, 87 S.E. 2d 560 (1955) ; *Gardner v. Moose,* 200 N.C. 88, 156 S.E. 243 (1930).

Appeal dismissed.

Judges BRITT and CLARK concur.